USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 7 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANTIAGO BEN, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

JAPIKA GROUP CORP. d/b/a UP THAI, and
APISIP KULVIWAT,

                Defendants.
------------------------------------------------------------X

Case No. 18-CV-4234
(GBD) (DCF)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action is hereby dismissed and discontinued, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
August 7, 2018

Cilenti & Cooper, PLLC
*Attorneys for Plaintiff*
708 Third Avenue – 6th Floor
New York, New York 10017
(212) 209-3933

By: _____
    Justin Cilenti

THE LAW FIRM OF ADAM C. WEISS, PLLC
*Attorney for Defendants*
3 School Street, Suite 303
Glen Cove, New York 11542
(516) 277-2323

By: _____
    Adam C. Weiss

AUG 0 7 2018

SO ORDERED:

_____
Hon. George B. Daniels, U.S.D.J.